# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JAPHETH NORTON, JR.,<br><br>                Petitioner,<br><br>    v.<br><br>WARDEN DUCART OF PELICAN BAY STATE PRISON,<br><br>                Respondent. | No. EDCV 14-1227 JAK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 1/16/15

                                            JOHN A. KRONSTADT<br>
                                            United States District Judge